UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | '07 MJ 2525 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Fausto Ignacio MONTANO-De Avila, ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 19, 2007** within the Southern District of California, defendant, **Fausto Ignacio MONTANO-De Avila,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF **OCTOBER 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On Friday October 19, 2007, Senior Patrol Agent F. Garcia Jr. was conducting assigned linewatch duties as part of the All Terrain Vehicle (ATV) Unit in the area known as "The Swamp". This area is approximately two miles east of the San Ysidro, California Port of Entry and approximately one quarter mile north of the United States/Mexico International Boundary Fence. Remote Video Surveillance and Sensoring (RVSS) notified, via service radio that five suspected illegal aliens were running north from the secondary fence into the Swamp. After a brief search Agent Garcia apprehended an individual at approximately 5:15 p.m. attempting to hide in some brush. Due to the close proximity to the United States/Mexico International Boundary Fence and due to the fact that this area is frequently used by undocumented aliens to further their illegal entry into the United States, Agent Garcia identified himself as a Border Patrol Agent, and conducted an immigration inspection. All subjects including, later identified as the defendant Fausto Ignacio MONTANO-De Avila, admitted to being a citizen and national of Mexico illegally in the United States, and did not possess any documents that would allow him to legally enter or remain in the United States. Agent Garcia placed all five individuals under arrested and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks revealed that the defendant has an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 02, 2007 through the San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on October 20, 2007 at 9:30 A.M.

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 19, 2007**, in violation of Title 8, United States Code, Section **1326**.

_____         10/20/07 at 10:05 am
Barbara L. Major                                       Date/Time
United States Magistrate Judge