AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FAUSTO IGNACIO MONTANO-DE AVILA

**WAIVER OF INDICTMENT**

CASE NUMBER:

I, FAUSTO IGNACIO MONTANO-DE AVILA , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-27-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Fausto Ignacio Montano De Avila_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
NOV 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB  DEPUTY