

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. **07CR3171-LAB** |
| ) | |
| Plaintiff, ) | **FINDINGS AND RECOMMENDATION OF** |
| ) | **THE MAGISTRATE JUDGE UPON A** |
| v. ) | **PLEA OF GUILTY TO A VIOLATION** |
| ) | **OF 8 U.S.C. SECTION 1326 (a)** |
| **FAUSTO IGNACIO** ) | **and (b) WITH WAIVER OF** |
| **MONTANO-DE AVILA,** ) | **OBJECTIONS AND THE PREPARATION** |
| ) | **OF THE PRESENTENCE REPORT** |
| Defendant. ) | |

    Upon Defendant's request to enter a plea of Guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

    Thereafter, the matter came on for a hearing on Defendant's plea of guilty, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

    In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

14. Defendant has admitted that he/she was deported and removed from the United States after **SEPTEMBER 12, 2007**.

**I therefore RECOMMEND that the District Judge accept the Defendant's plea of guilty.**

The sentencing hearing will be before United States District **Judge LARRY A. BURNS, on FEBRUARY 4, 2008, at 9:30 A.M**.

Objections to these Findings and Recommendation were waived by the parties at the hearing. The parties have also waived the preparation of the Presentence report in this case.

Dated: JANUARY 7, 2008

Honorable CATHY ANN BENCIVENGO
United States Magistrate Judge

Copies to:

Hon. LARRY A. BURNS
U.S. District Judge

ASSISTANT UNITED STATES ATTORNEY
United States Attorney

GERARD WASSON
Counsel for Defendant