U.S.A. vs **Fausto Ignacio Montano-De Avila**   No. **07CR3171-LAB**

The Court finds excludable delay, under the section indicated by check (✓),
commenced on **1-7-08** and ended on **2-4-08** ; (X7)(XT1)
_____ and ended on _____ . ( )

**3161(h)**

- (1)(A) Exam or hrg for **mental or physical incapacity** — A
- (1)(B) **NARA exam**ination (28:2902) — B
- (1)(D) State or Federal trials or **other charges pending** — C
- (1)(E) **Interlocutory appeals** — D
- (1)(F) **Pretrial motions** (from flg to hrg or other prompt dispo) — E
- (1)(G) **Transfers from other district** (per FRCrP 20, 21 & 40) — F
- (1)(J) **Proceedings under advisement** not to exceed thirty days — G
- Misc proc: Parole or prob rev, deportation, **extradition** — H
- (1)(H) **Transportation** from another district or to/from examination or hospitalization in ten days or less — 6
- **X** (1)(I) Consideration by Court of **proposed plea agreement** — (7)
- (2) **Prosecution deferred** by mutual agreement — I
- (3)(A)(B) **Unavailability of defendant** or **essential witness** — M
- (4) Period of **mental or physical incompetence** of defendant to stand trial — N
- (5) Period of **NARA commitment or treatment** — O
- (6) **Superseding indictment and/or new charges** — P
- (7) **Defendant awaiting trial of co-defendant** when no severance has been granted — R
- (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
- (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** — (T1)
- **X** 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
- (8)(B)(ii) 2) **Case** unusual or **complex** — T2
- (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days — T3
- (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** — T4
- 3161(I) Time up to **withdrawal of guilty plea** — U
- 3161(b) **Grand jury indictment time extended** thirty (30) more days

Date **1-7-08**                                         **CAB**
                                                    Judge's Initials