```
 1  GERARD J. WASSON
    CALIFORNIA BAR NO 166636
 2  406 Ninth Avenue, Suite 205
    San Diego, California 92101
 3  Telephone: (619) 232-0181

 4  Attorney for Defendant Montano-De Avila
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3171-LAB |
| Plaintiff, | ) ) | Date: February 4, 2008 |
| v. | ) ) | Time: 9:30 a.m. |
| FAUSTO MONTANO-DE AVILA, | ) ) ) | MOTION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | ) ) ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY

The defendant, Fausto Montano-De Avila, through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file DEFENDANT'S SENTENCING MEMORANDUM on Thursday, January 31, 2008. Government Counsel has been provided a courtesy copy of this pleading.

DATED: January 31, 2007            /s/ Gerard J. Wasson
                                   GERARD J. WASSON, ESQ.
                                   Attorney for Fausto Montano-De Avila

07CR3171-LAB

GERARD J. WASSON
Attorney at Law
California Bar No. 166636
406 Ninth Avenue, Suite 205
San Diego, California 92101
Telephone: (619) 232-0181

Attorney for Defendant Fausto Montano-De Avila

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Crim. No. 07CR3171-LAB |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | CERTIFICATE OF SERVICE |
| ) | | |
| FAUSTO MONTANO-DE AVILA, ) | | |
| ) | | |
| Defendant. ) | | |

IT IS HEREBY CERTIFIED THAT:

    I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 205, San Diego, California, 92101.

    I am not a party to the above-entitled action. I have caused service of the Defendant Fausto Montano-De Avila's Motion for Order Shortening Time to File his Sentencing Memorandum on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

    Assistant United States Attorney  caroline.han@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2008.

                      /s/   Gerard J. Wasson
                      GERARD J. WASSON, ESQ.