# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3171-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |
| FAUSTO MONTANO-DE AVILA, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's SENTENCING MEMORANDUM may be filed on Friday, February 1, 2008. Counsel for the Government has been served with a courtesy copy of the pleading.

**SO ORDERED.**

DATED: 2/4/08

_____
**HONORABLE LARRY A. BURNS**
**Judge of the U.S. District Court**